# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:08mj34/MD
                                            Appeal No. 3:08cr50/MCR

DONALD R. THOMAS

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 10, 2008
Type of Motion/Pleading: Motion to Postpone Surrender (of June 13, 2008)
Filed by: defendant/appellant   on 6/10/08     Document   16
( x ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  /s/ Joanne Ahr
                                  Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 11th day of June, 2008, that:

(a)   The requested relief is GRANTED.

(b)   Defendant's surrender date is extended to October 31, 2008, or sooner if he wishes after completion of his Georgia probation requirements.

(c)   Defendant is being punished for the instant offense by the sentence imposed by this court.  It is up to Georgia authorities to decide whether to revoke his probation for this offense.  If defendant is not granted the relief requested, this court's sentence would force revocation in Georgia, a result this court did not intend.

                                           /s/ Miles Davis
Entered On Docket:   6/10/08     By: ja
                                    MILES DAVIS
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
                                    UNITED STATES MAGISTRATE JUDGE
Copies sent to: Doser-Pascual, Spivey/
U. S. Marshal

Document No.